**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| OYSTER OPTICS, LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO.  2:18-CV-00478-JRG |
| § | |
| ALCATEL-LUCENT USA, INC., § | |
| § | |
| *Defendant.* § | |

**ORDER**

Before the Court is Defendant Alcatel-Lucent USA, Inc's Opposed Motion to Substitute Damages Expert (the "Motion"). (Dkt. No. 21.) Having considered the Motion and the representations contained therein, the Court is of the of the opinion that expedited briefing is appropriate. Accordingly, Plaintiff Oyster Optics, LLC is **ORDERED** to file its Response to the Motion on or before **3:00 p.m. central, Friday, June 5, 2020**. No reply or sur-reply may be filed without leave of Court.

**So ORDERED and SIGNED this 4th day of June, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE